# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**EQUAL EMPLOYMENT OPPORTUNITY**
**COMMISSION**                                                                              **PLAINTIFF**

**v.**                                   **4:07-CV-00842-WRW**

**ELECTRIC COWBOY OF LITTLE ROCK**                                      **DEFENDANT**

## ORDER

Pending is movant Courtney Houston's Motion to Intervene (Doc. No. 8). The parties have not responded and the time for doing so has passed.

Accordingly, movant Courtney Houston's Motion to Intervene (Doc. No. 8) is GRANTED.

IT IS SO ORDERED this 21st day of April, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE